PEOPLE OF PORTO RICO, Plaintiff and Appellee, *v.* ENRIQUE VALEDÓN, Defendant and Appellant.

No. 2755. Argued January 24, 1927.—Decided July 20, 1927.

*Felipe Colón Díaz, José R. Gelpí* and *José Tous Soto* for the appellant. *José E. Figueras* for the appellee.

Mr. Justice Wolf delivered the opinion of the court.

This case will be governed by the decision in *People* v. *Gerardino,* No. 2754, decided today. The only difference between this case and that of Gerardino is that Valedón did not sign the application in the place directly after the words *"Confirmo las respuestas, declaraciones y convenios que anteceden,"* but that another person, Pedro Robles, did. Nevertheless, following the signature of Robles and only separated therefrom by unimportant printed matter, the defendant signed in this manner,—Enrique Valedón Maldonado, Beneficiario.

The evidence here, as in the Gerardino case, strongly tended to show that Valedón knew what he was signing, and that by his signature he was ratifying what the insured had stated. There is no other explanation for his signature to the application.

The judgment will be affirmed.

Mr. Justice Hutchison dissented.